# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL G.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security,[2] <br><br> Defendant. | Case No. SACV 23-1720 MEMF (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin J. O'Malley, Commissoner of Social Security, is substituted for his predecessor, whom Plaintiff named in the Complaint. Fed. R. Civ. P. 25(d).

1      IT IS ORDERED that Judgment shall be entered affirming the decision of the

2 Commissioner and dismissing this action with prejudice.

3

4      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

5 Judgment herein on counsel for Plaintiff and counsel for Defendant.

6

7      LET JUDGMENT BE ENTERED ACCORDINGLY.

8

9 DATED: August 26, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE